**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000360
16-JAN-2026
07:55 AM
Dkt. 49 OAWST**

NO. CAAP-25-0000360

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE
FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF
NOMURA HOME EQUITY LOAN, INC. ASSET-BACKED CERTIFICATES,
SERIES 2006-FM1, Plaintiff/Counterclaim Defendant-Appellee,
v.
HOWARD LEE HENDRICKS, Defendant/Counterclaimant-Appellant,
and
CHU SUN HENDRICKS; MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., SOLELY AS NOMINEE FOR FREMONT
INVESTMENT & LOAN; DTC INVESTMENT, LLC; EWA BY
GENTRY COMMUNITY ASSOCIATION, Defendants-Appellees, and
JOHN DOES 1-20; JANE DOES 1-20;
DOE CORPORATIONS 1-20; DOE ENTITIES 1-20; and
DOE GOVERNMENTAL UNITS 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-22-0000212)

**ORDER**
(By: Hiraoka, Presiding Judge, McCullen and Guidry, JJ.)

Upon consideration of the *Stipulation for Dismissal
With Prejudice*, filed by Plaintiff/Counterclaim Defendant-
Appellee HSBC Bank USA on January 7, 2026, the papers in support,
and the record, it appears that (1) the appeal has been docketed;
(2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b),
the parties stipulate to dismiss the appeal and bear their own
attorneys' fees and costs; and (3) the stipulation is dated and
signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation for dismissal is approved, and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, January 16, 2026.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge